# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA**

**V.**  CAUSE NO: 4:19-CR-29

**CORNELIUS K. HARRIS**

## ORDER GRANTING SUBSTITUTION OF DEFENSE COUNSEL

Before the court is defendant's unopposed motion, by and through counsel, to substitute Attorney Ashley N. Harris in lieu of appointed counsel, Scott Davis, of the Office of the Federal Public Defender. Doc. #33. The court, having been advised that the motion is unopposed and having found good cause, hereby grants this motion.

IT IS THEREFORE ORDERED that Attorney Ashley N. Harris is hereby substituted as counsel for the defendant in the above styled case. Attorney Scott Davis and the Office of the Federal Public Defender are hereby relieved of all responsibility as counsel for the defendant.

**SO ORDERED**, this the 1st day of November, 2019.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE